382 Pa. 475 (1955)
Lapaglia Contractors, Inc., Appellant,
v.
Baldwin Borough.
Supreme Court of Pennsylvania.
Argued May 4, 1955.
June 27, 1955.
Before STERN, C.J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.
*476 Morris Zimmerman, with him Frank R. Sack, for appellant.
Maurice Louik, with him Harrison & Louik, and John G. Brosky, Solicitor, Borough of Baldwin, for appellees.
OPINION PER CURIAM, June 27, 1955:
The Order appealed from is affirmed on the opinion of Judge MONTGOMERY.